**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROLANDO LEZAMA,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>CLARK COUNTY,<br><br>                    Defendant(s). | Case No. 2:17-cv-00086-JAD-VCF<br><br>ORDER<br><br>(Docket No. 10) |

Pending before the Court is Defendant's motion for an exception to the early neutral evaluation attendance requirements. Docket No. 10. No response was filed. For good cause shown, the motion is GRANTED. Defendant shall ensure that Mr. Bliss will be available telephonically throughout the entirety of the early neutral evaluation session.

IT IS SO ORDERED.

Dated: March 15, 2017

_____
Nancy J. Koppe
United States Magistrate Judge