Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROLANDO LEZAMA, | CASE NO. 2:17-cv-00086-JAD-VCF |
| Plaintiff, | STIPULATION AND REQUEST TO EXTEND DISCOVERY AND OTHER DEADLINES |
| vs. | (First Request) |
| CLARK COUNTY, a political subdivision, and municipality including its department, CLARK COUNTY, DEPARTMENT OF AVIATION, | |
| Defendant. | |

COME NOW, Plaintiff, named above, by and through his counsel of record, MICHAEL P. BALABAN, ESQ., and Defendant, named above, by and through their counsel of record, WHITNEY J. SELERT, ESQ., pursuant to Local Rule 26-4, herein stipulate, agree and make joint application to extend the discovery cut-off and related dates for a period of ninety (90) days up to and including March 21, 2018.  The present discovery cut-off date is December 21, 2017 and no calendar call date or trial date has been set.

This request is being made timely in accordance with LR 26-4 and the prior scheduling order which provides that requests for further discovery extensions must be made no later than twenty-one (21) days before the existing discovery cut-off date, or here by November 30, 2017. This is the first request for an extension.

This stipulation is made and based upon the following factors.

Although counsels for both parties have been working diligently to complete the discovery in this case, they still have to take depositions and the current discovery cut-off is only a little over a month away. In addition there is a meet and confer scheduled for November 20, 2017 which could result in a motion to compel further discovery responses if a resolution to the discovery dispute is not agreed to.

To date the parties have both made their initial disclosures to the other side and both Plaintiff and Defendant have propounded interrogatories and requests for production of documents on the other side which have been responded to. Defendant has also propounded requests for admissions on Plaintiff which have also been responded to. In addition Defendant has designated an expert witness.

Finally Defendant has currently noticed Plaintiff's deposition for November 29, 2017 and Plaintiff has requested dates to depose Defendant employees Sandy Jeantete, Christine Santiago, James Chrisley, Lette Bonilla and Terrence McCarthy.

As set forth above, the attorneys for the parties have diligently worked to complete discovery as expediently as possible and will continue to try to complete the remaining discovery in as expedient a manner as possible.

Given the above, the parties request that the discovery period be extended as follows:

| Activity | Former Date | Requested Date |
|---|---|---|
| Discovery Cut-Off Date | 12/21/17 | 03/21/18 |
| Dispositive Motions | 01/22/18 | 04/23/18 |

Pretrial Order                    02/21/18                    05/23/18[1]

In accordance with LR 26-4 the parties understand that any further requests for discovery extensions must be made no later than twenty-one days before the new proposed discovery cut-off date, ie. March 21, 2018, or no later than twenty-one days before any other deadline sought to be extended.

LAW OFFICES OF MICHAEL P.                    FISHER & PHILLIPS, LLP
BALABAN

/s/ Michael P. Balaban                    /s/ Whitney J. Selert
Michael P. Balaban, Esq.                    Whitney J. Selert, Esq.
10726 Del Rudini St.                    300 S. Fourth Street, Suite 1500
Las Vegas, NV  89141                    Las Vegas, NV  89101
Attorney for Plaintiff                    Attorney for Defendant

Dated: November 16, 2017                    Dated: November 16, 2017


IT IS SO ORDERED:


_____
~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE
Dated: November  16 , 2017

---

[1] Or 30 days after the decision on the last dispositive motion.