1  FISHER & PHILLIPS LLP
   WHITNEY J. SELERT, ESQ.
2  Nevada Bar No. 5492
3  HOLLY E. WALKER, ESQ.
   Nevada Bar No. 14295
4  300 S. Fourth Street
   Suite 1500
5  Las Vegas, NV 89101
   Telephone: (702) 252-3131
6  wselert@fisherphillips.com
7  hwalker@fisherphillips.com
   Attorneys for Defendants

8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROLANDO LEZAMA, | ) |
| | ) Case No. 2:17-cv-00086-JAD-VCF |
| Plaintiff, | ) |
| | ) |
| vs. | ) **STIPULATION AND ORDER TO** |
| | ) **EXTEND DISCOVERY AND** |
| CLARK COUNTY, a political subdivision, | ) **OTHER DEADLINES** |
| and municipality including its department, | ) |
| CLARK COUNTY, DEPARTMENT OF | ) **(Second Request)** |
| AVIATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

COMES NOW, Plaintiff, named above, by and through his counsel of record, Michael P. Balaban, Esq. and Defendants, named above, by and through their counsel of record, Whitney J. Selert, Esq. stipulate, agree and make a joint application to extend the discovery cut-off and related dates for a period of sixty (60) days up to and including May 21, 2018. The present discovery cut-off date is March 21, 2018 and no calendar call date or trial date has been set. This is the second request for an extension.

This stipulation is made and based upon the following factors:

Both parties have been working diligently to complete the discovery in this case, and the current discovery cut-off is seven (7) days away.

To date the parties have both made their initial disclosures to the other side, and both Plaintiff and Defendants have propounded interrogatories and requests for production of documents, which have been responded to. Defendants have also propounded requests for admissions on the Plaintiff, which have also been responded to. Defendants have also designated an expert witness.

Plaintiff has noticed and completed the depositions of Sandy Jeantete, Letty Bonilla, and Terrence McCarthy, all of whom are employees of Defendants. Defendants have noticed and completed the deposition of Plaintiff. Defendants have also filed a motion to compel Ms. Ann Nichols, a health care provider of Plaintiff, to provide discovery. Plaintiff has stated that he does not intend to oppose this motion to compel.

In addition, it has recently been discovered that Mrs. Levis Amelia Lezama, in her current divorce proceedings against the Plaintiff, has raised issues directly relevant to the subject case. Defendants have notified Plaintiff that they may depose Mrs. Levis Amelia Lezama. Further, Plaintiff has notified Defendants that he may depose two additional witnesses.

As set forth above, the attorneys for the parties have diligently worked to complete discovery as expediently as possible and will continue to try to complete the remaining discovery in an expedient manner.

Given the aforementioned, the parties request that the discovery period be extended as follows:

1. Current discovery cut-off date of March 21, 2018 be extended to: **May 21, 2018**.
2. Current date to file dispositive motions of April 23, 2018 be extended to: **June 22, 2018**.
3. Current date to file the pre-trial order of May 23, 2018 be extended to: **July 23, 2018**.[1]

---

[1] Or thirty (30) days after the decision on the last dispositive motion.

Based on the foregoing, the parties believe there is good cause for the requested extension. In accordance with LR 26-4 the parties understand that any further requests for discovery extensions must be made no later than twenty-one days before the new proposed discovery cut-off date (i.e., May 21, 2018), or no later than twenty-one days before any other deadline sought to be extended.

Dated this 15th day of March, 2018.

FISHER & PHILLIPS LLP

/s/ Whitney J. Selert, Esq.
Whitney J. Selert, Esq.
Holly E. Walker, Esq.
300 South Fourth Street
Suite 1500
Las Vegas, NV 89101
Attorneys for Defendants

Dated this 15th day of March, 2018.

LAW OFFICES OF MICHAEL P. BALABAN

/s/ Michael P. Balaban, Esq.
Michael P. Balaban, Esq.
10726 Del Rudini Street
Las Vegas, NV 89141
Attorney for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

This __16th__ day of __March__, 2018.