|   |   |
|---|---|
| ROLANDO LEZAMA, | |
| Plaintiff, | |
| vs. | 2:17-cv-00086-JAD-VCF |
| CLARK COUNTY, *a political subdivision and municipality on behalf of Clark County, Department of Aviation,* | **ORDER** |
| Defendant. | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

Before the Court is the Motion to Compel (ECF No. 21). No opposition has been filed.

Defendant seeks to compel medical records from Ann Nichols. Nichols is a treating health care provider of Plaintiff. *Id.* Defendant mailed a subpoena to Nichols on July 13, 2017 requesting medical records pertaining to Rolando Lezama. Nichols has not disclosed any medicals to defendants.

On the proof of service page, this motion has only been served on Plaintiff. Nichols has not been served with this motion. *Id* at 8.

Accordingly,

IT IS HEREBY ORDERED that Defendant must mail a copy of its Motion to Compel (ECF No. 21) to Ms. Nichols.

IT IS FURTHER ORDERED that any opposition to the Motion to Compel (ECF No. 21) must be filed on or before April 13, 2018 and any reply in support of the Motion to Compel (ECF No. 21) must be filed on or before April 20, 2018.

The Clerk of Court is directed to mail a copy of this order and the instant motion to Ann Nichols at the following address:

Ann M. Nichols, M.L.S., M.F.T.
6765 W. Charleston Blvd., Ste. 130
Las Vegas, Nevada 89146


DATED this 4th day of April, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE