Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROLANDO LEZAMA, | CASE NO. 2:17-cv-00086-JAD-VCF |
| Plaintiff, | STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE THEIR RESPONSE TO DEFENDANT'S MOTION FOR ATTORNEYS' FEES [LR 7-1; LR IA 6-2] |
| vs. | (First Request) |
| CLARK COUNTY, a political subdivision, and municipality including its department, CLARK COUNTY, DEPARTMENT OF AVIATION, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 7-1 and LR IA 6-2 that Plaintiff's opposition to Defendant Clark County's motion for attorneys' fees filed on February 26, 2019, for which the opposition is currently due on March 12, 2019, will be continued to March 19, 2019.

Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given the other matters Plaintiff's counsel is involved in including preparing a

1

response to a motion to compel and an ENE statement in another case.  No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's response to Defendant's motion for attorneys' fees.

| LAW OFFICES OF MICHAEL P. BALABAN | FISHER & PHILLIPS LLP |
|---|---|
| /s/ Michael P. Balaban, Esq. | /s/ Whitney J. Selert, Esq. |
| Michael P. Balaban, Esq.<br>10726 Del Rudini Street<br>Las Vegas, NV 89141<br>Attorney for Plaintiff | Whitney J. Selert, Esq., Holly E. Walker, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, NV 89101<br>Attorney for Defendant |
| Dated: March 11, 2019 | Dated: March 11, 2019 |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: March 11, 2019.