FISHER & PHILLIPS LLP
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
WHITNEY J. SELERT, ESQ.
Nevada Bar No. 5492
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
mricciardi@fisherphillips.com
wselert@fisherphillips.com
hwalker@fisherphillips.com
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROLANDO LEZAMA,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision, and municipality including its department, CLARK COUNTY, DEPARTMENT OF AVIATION,<br><br>Defendants. | Case No. 2:17-cv-00086-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ATTORNEY'S FEES**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties' respective counsel of record, as follows:

1) That Defendants Clark County and the Clark County Department of Aviation will have an extension of time, up to and including April 2, 2019, to reply to Plaintiff's Response to Defendants' Motion for Attorney's Fees (ECF #40), in support of Defendants' Motion for Attorney's Fees (ECF #34); and

/ / /

/ / /

/ / /

- 1 -

FPDOCS 35184987.2

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

1      2) That Defendants Clark County and the Clark County Department of Aviation

2   withdraw their Motion to Extend Time to File Reply to Plaintiff's Response to

3   Defendants' Motion for Attorney's Fees (ECF #42).

4   LAW OFFICES OF MICHAEL P.        FISHER & PHILLIPS LLP
    BALABAN
5

6   /s/ Michael P. Balaban, Esq.      /s/ Holly E. Walker, Esq.
    MICHAEL P. BALABAN, ESQ.          MARK J. RICCIARDI, ESQ.
7   10726 Del Rudini Street           WHITNEY J. SELERT, ESQ.
    Las Vegas, NV 89141               HOLLY E. WALKER, ESQ.
8   Attorney for Plaintiff            300 S. Fourth Street
                                      Suite 1500
9                                     Las Vegas, Nevada 89101
10                                    Attorneys for Defendants

11

12

13                                 IT IS SO ORDERED:

14                                 _____

15                                 UNITED STATES MAGISTRATE JUDGE
                                          March 28, 2019
16                                 Dated:_____

17

18                                 The motion to extend time to file reply to plaintiff's response
                                   to defendants' motion for attorney's fees (ECF NO. 42) is
19                                 DENIED as MOOT.

20

21

22

23

24

25

26

27

28

- 2 -