# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Rolando Lezama,

                Plaintiff,

v.

Clark County, et al.,

                Defendants.

Attorney Fees

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-00086-JAD-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment for Attorney's Fees is hereby entered in favor of the defendants and against Lezama in the amount of $111,331.50.

May 6, 2019                                          DEBRA K. KEMPI
Date                                                             Clerk

                                                                                   /s/ J. Matott
                                                                                    Deputy Clerk